UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**ROGER W. TITUS**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND 20770
  301-344-0052

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Heard v. Board of Education for Prince George's County Public Schools, et al.*
Civil No. RWT-12-1213

DATE: November 4, 2015

\* \* \* \* \* \* \* \* \*

    The Court is in receipt of Defendant Board of Education for Prince George's County's Motion to Modify Scheduling Order, Including the Postponement of Trial. ECF No. 128. Plaintiff is instructed to file any response by **Monday, November 9, 2015**.

    Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge